FILED

2026 Mar-18  PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION**

**CASE NO.:**

PANORAMIC STOCK IMAGES, LTD
d/b/a PANORAMIC IMAGES,

          Plaintiff,

v.

PMT PUBLISHING, INC d/b/a
BUSINESS ALABAMA MAGAZINE,

          Defendant.

## <u>COMPLAINT FOR COPYRIGHT INFRINGEMENT</u>

## <u>(INJUNCTIVE RELIEF DEMANDED)</u>

Plaintiff PANORAMIC STOCK IMAGES, LTD d/b/a PANORAMIC IMAGES by and through its undersigned counsel, brings this Complaint against Defendant PMT PUBLISHING, INC d/b/a BUSINESS ALABAMA MAGAZINE for damages and injunctive relief, and in support thereof states as follows:

## <u>SUMMARY OF THE ACTION</u>

1. Plaintiff PANORAMIC STOCK IMAGES, LTD DBA PANORAMIC IMAGES ("Panoramic") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Panoramic's

1

original copyrighted Work after removal of its copyright management information ("CMI").

2.  Panoramic is a company engaged in the creation, licensing, and distribution of professional photographic images, specializing in wide- and large-format panoramic photography for over twenty-five (25) years. Through a global roster of acclaimed photographers, Panoramic has developed an extensive collection of international images, including city skylines, landscapes, travel and lifestyle imagery, cultural heritage, world destinations, and aerial photographs.

3.  Defendant PMT PUBLISHING, INC d/b/a BUSINESS ALABAMA MAGAZINE ("PMT") is a magazine and website that covers businesses in all sectors of the Alabama economy for more than three decades. At all times relevant herein, PMT owned and operated the internet website located at the URL https://businessalabama.com/ (the "Website").

4.  Panoramic alleges that PMT copied Panoramic's copyright-protected Work from the internet in order to advertise, market and promote its business activities. PMT committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the PMT's business.

## JURISDICTION AND VENUE

5.  This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.     PMT is subject to personal jurisdiction in Alabama.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, PMT engaged in infringement in this district, PMT resides in this district, and PMT is subject to personal jurisdiction in this district.

## DEFENDANT

9.     PMT Publishing, Inc d/b/a Business Alabama Magazine is an Alabama Corporation, with its principal place of business at 3324 Independence Dr, Birmingham, Alabama, 36602, and can be served by serving its Registered Agent, Robert M. Galloway, at 3263 Cottage Hill Road, Mobile, AL 36606.

## THE COPYRIGHTED WORK AT ISSUE

10.     In 2003, non-party James Schwabel created the photograph entitled "PAN338234," which is shown below and referred to herein as the "Work."

3



11.    On June 11, 2012, Mr. Schwabel assigned all rights, title, and interests in the Work to Panoramic via written assignment.

12.    Panoramic registered the Work with the Register of Copyrights on January 26, 2018 as part of a group registration. The Group Registration was assigned registration number VA 2-085-941. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

13.    Prior to the time Panoramic published the Work, it applied CMI to the Work consisting of, but not limited to: (1) Panoramic's name, logo, and a link to its Website along the bottom border of the Work (the "Attribution"); and (2) Panoramic's logo displayed on at least ten (10) locations of the Work" (the "Watermarks"). The CMI as displayed on the Work can be seen in paragraph 10 above.

14. The Work in perspective, orientation, positioning, lighting, and other details is entirely creative and original. As such, the Work qualifies as subject matter protectable under the Copyright Act.

15. At all relevant times Panoramic was the owner of the copyrighted Work.

## INFRINGEMENT BY PMT

16. PMT has never been licensed to use the Work for any purpose.

17. On a date after the Work at issue in this action was created, but prior to the filing of this action, PMT copied the Work.

18. On or about January 8, 2024, Panoramic discovered the unauthorized use of its Work on the Website. The Work was used in an article entitled, "Shrimp – How the Food Grew an Industry."

19. PMT copied Panoramic's copyrighted Work without Panoramic's permission.

20. After PMT copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its business magazine and website.

21. PMT copied and distributed Panoramic's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting

Defendant's business, and in the course and scope of advertising and selling products and services.

22.    PMT committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

23.    Panoramic never gave PMT permission or authority to copy, distribute or display the Work for any purpose.

24.    When the PMT copied and displayed the Work, PMT removed Panoramic's CMI from the Work by cropping out the Attribution and removing the Watermarks, which it failed to include on its infringing display, as shown below:



25.    Panoramic never gave PMT permission or authority to remove CMI from the Work.

26.    Panoramic notified PMT of the allegations set forth herein on April 16, 2025 and May 2, 2025.  To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

27.     Panoramic incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28.     Panoramic owns a valid copyright in the Work.

29.     Panoramic registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30.     PMT copied, displayed, and distributed the Work and made derivatives of the Work without Panoramic's authorization in violation of 17 U.S.C. § 501.

31.     PMT performed the acts alleged in the course and scope of its business activities.

32.     Defendant's acts were willful.

33.     Panoramic has been damaged.

34.     The harm caused to Panoramic has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION AND DISTRIBUTION WITHOUT COPYRIGHT MANAGEMENT INFORMATION

35.     Panoramic incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

36.     The Work contains CMI in the form of an attribution to Panoramic.

7

37. Panoramic knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work in violation of 17 U.S.C. § 1202(b)(1).

38. After removing Panoramic's CMI from the Work, PMT distributed the Work in violation of 17 U.S.C. § 1202(b)(3).

39. PMT committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate, or conceal infringement of Panoramic 's rights in the Work protected under the Copyright Act.

40. PMT caused, directed, and authorized others to commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate, or conceal infringement of Panoramic's rights in the Work protected under the Copyright Act.

41. Panoramic has been damaged.

42. The harm caused to Panoramic has been irreparable.

WHEREFORE, Plaintiff PANORAMIC STOCK IMAGES, LTD DBA PANORAMIC IMAGES prays for judgment against the Defendant PMT PUBLISHING, INC DBA BUSINESS ALABAMA MAGAZINE that:

   a. PMT and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and

permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1202;

      b.    PMT be required to pay Panoramic its actual damages and Defendant's profits attributable to the infringement, or, at Panoramic's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

      c.    Panoramic be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

      d.    Panoramic be awarded pre- and post-judgment interest; and

      e.    Panoramic be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Panoramic hereby demands a trial by jury of all issues so triable.

Dated: March 17, 2026

Respectfully submitted,

*/s/ Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)
BOARDMAN, CARR, PETELOS,
WATKINS, OGLE & HOWARD, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone:  (205) 678-8000
Facsimile:  (205) 678-0000

*/s/ George N. Colville*
GEORGE N. COLVILLE
*(Pro Hac Vice Forthcoming)*

9

FL Bar Number: 1060046
george.colville@sriplaw.com
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile


*Counsel for Plaintiff Panoramic Stock
Images, Ltd d/b/a Panoramic Images*