FILED

2026 Mar-18  PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

## CASE NO.: 2:26-cv-00192

MORGAN HOWARTH,

                    Plaintiff,

v.

BARUJ CONSTRUCTION LLC,

                    Defendant,

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff MORGAN HOWARTH ("Howarth"), by and through his undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| **Morgan Howarth** | **Plaintiff** |
| **Mark S. Boardman** | **Plaintiff's Counsel** |
| **George N. Colville** | **Plaintiff's Counsel** |
| **SRIPLAW, P.A.** | **Plaintiff's Counsel** |
| **Baruj Construction LLC** | **Defendant** |

1

**Howarth states that he is an individual and not a corporation.**

**Howarth further states that there are no other persons, associations or persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case other than the parties to this action and their respective counsel.**

2.    The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

**None.**

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**Morgan Howarth**

I hereby certify that, except as disclosed above, I am unaware of any action or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning

2

of any such conflict.

Dated: March 18, 2026

Respectfully submitted,

*/s/ Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)
BOARDMAN, CARR, PETELOS,
WATKINS, OGLE & HOWARD, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone:   (205) 678-8000
Facsimile:   (205) 678-0000

*Counsel for Plaintiff Morgan Howarth*